No. 01–765.   COLE v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–768.   BURLINGTON AIR EXPRESS, INC. v. LITE-ON PERIPHERALS, INC.   C. A. 9th Cir.   Certiorari denied.

No. 01–772.   PAPPAS v. UNUM LIFE INSURANCE COMPANY OF AMERICA.   C. A. 3d Cir.   Certiorari denied.

No. 01–774.   CITY OF LITTLE ROCK v. YOUNG.   C. A. 8th Cir. Certiorari denied.

No. 01–776.   MIAMI NATION OF INDIANS OF INDIANA, INC., ET AL. v. NORTON, SECRETARY OF THE INTERIOR, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 01–777.   AWARE WOMAN CENTER FOR CHOICE, INC., ET AL. v. ROE.   C. A. 11th Cir.   Certiorari denied.

No. 01–779.   THOMPSON v. TEXAS.   Ct. App. Tex., 4th Dist. Certiorari denied.

No. 01–780.   WRIGLEY v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 01–783.   TOWN OF EAST HAVEN ET AL. v. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. C. A. 2d Cir.   Certiorari denied.

No. 01–789.   NATIONAL TITLE RESOURCES CORP. v. FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK.   C. A. 8th Cir.   Certiorari denied.

No. 01–790.   IOWA ET AL. v. ANTHONY ET AL.   Sup. Ct. Iowa. Certiorari denied.

No. 01–794.   IDAHO STATE TAX COMMISSION v. GOODMAN OIL COMPANY OF LEWISTON ET AL.   Sup. Ct. Idaho.   Certiorari denied.

No. 01–795.   GLAUSER v. TEXAS.   Ct. App. Tex., 1st Dist. Certiorari denied.